1  NANCY L. OBER, Bar No. 49683
   nlober@littler.com
2  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
3  San Francisco, California 94108.2693
   Telephone: 415.433.1940
4  Facsimile: 415.399.8490

5  Attorneys for Defendant
   MARQUEZ BROTHERS INTERNATIONAL, INC.
6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 | PHL VARIABLE INSURANCE | Case No. CV 12-03750 LHK
   | COMPANY,
13 |                         | [~~PROPOSED~~] **ORDER GRANTING**
   |                         | **DEFENDANT'S ADMINISTRATIVE**
14 |        Plaintiff,       | **MOTION TO SEAL DOCUMENTS FILED**
   |                         | **BY PLAINTIFF AS EXHIBITS TO THE**
15 |   vs.                   | **COMPLAINT**
   |
16 | MARQUEZ BROTHERS
   | INTERNATIONAL, INC.,
17 |
   |        Defendant.
18

19          Defendant Marquez Brothers International, Inc. has moved for an order sealing
20 Exhibits A, B and C to Plaintiff's Complaint, which were filed by Plaintiff without redaction of
21 individuals' Social Security and tax identification numbers in violation of Rule 5.2 of the Federal
22 Rules of Civil Procedure.
23          Due to the confidential nature of the information contained in Exhibits A, B and C to
24 Plaintiff's Complaint, and pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure and Civil
25 Local Rules 7-11 and 79-5, IT IS HEREBY ORDERED that Defendant's motion to seal be, and it is
26 hereby, granted. The clerk of the Court shall seal the following documents: Document 1-2, pages 1
27 through 72.
28

[~~PROPOSED~~] ORDER GRANTING
DEFENDANT'S MOTION TO SEAL                                    Case No. CV 12-03750 LHK
DOCUMENTS

IT IS FURTHER ORDERED that within 15 days from entry of this order, Plaintiff PHL Variable Insurance Company shall file redacted copies of the sealed documents in accordance with Rule 5.2 of the Federal Rules of Civil Procedure.

Dated: _____October 16_____, 2012

_Lucy H. Koh_
UNITED STATES DISTRICT COURT JUDGE

Firmwide:114938640.1 051198.1006

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL DOCUMENTS

2.

Case No. CV 12-03750 LHK