1  NANCY L. OBER, Bar No. 49683
   nlober@littler.com
2  LITTLER MENDELSON, P.C.
   650 California Street, 20th Floor
3  San Francisco, California 94108.2693
   Telephone:  415.433.1940
4  Facsimile:  415.399.8490

5  Attorneys for Defendant
   MARQUEZ BROTHERS INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>MARQUEZ BROTHERS INTERNATIONAL, INC.,<br><br>  Defendant. | Case No. CV 12-03750 LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS FILED BY PLAINTIFF AS EXHIBITS TO THE COMPLAINT** |

Defendant Marquez Brothers International, Inc. has moved for an order sealing Exhibits A, B and C to Plaintiff's Complaint, which were filed by Plaintiff without redaction of individuals' Social Security and tax identification numbers in violation of Rule 5.2 of the Federal Rules of Civil Procedure.

Due to the confidential nature of the information contained in Exhibits A, B and C to Plaintiff's Complaint, and pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure and Civil Local Rules 7-11 and 79-5, IT IS HEREBY ORDERED that Defendant's motion to seal be, and it is hereby, granted. The clerk of the Court shall seal the following documents: Document 1-2, pages 1 through 72.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL DOCUMENTS

Case No. CV 12-03750 LHK

1  IT IS FURTHER ORDERED that within 15 days from entry of this order, Plaintiff
2  PHL Variable Insurance Company shall file redacted copies of the sealed documents in accordance
3  with Rule 5.2 of the Federal Rules of Civil Procedure.
4  Dated: _____October 16_____, 2012

_____*Lucy H. Koh*_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:114938640.1 051198.1006

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO SEAL
DOCUMENTS

2.

Case No. CV 12-03750 LHK

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940