NANCY L. OBER, Bar No. 49683
nlober@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendant
MARQUEZ BROTHERS INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUEZ BROTHERS INTERNATIONAL, INC.,<br><br>Defendant. | Case No. CV 12-03750 LHK<br><br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER CONCERNING CONFIDENTIAL DOCUMENTS PRODUCED IN DISCOVERY** |

This agreement is entered into by and between the undersigned attorneys on behalf of their respective clients, PHL VARIABLE INSURANCE COMPANY ("Plaintiff") and MARQUEZ BROTHERS INTERNATIONAL, INC. ("Defendant").

1. Plaintiff and Defendant (hereinafter "Parties") have or will request the production of certain documents for inspection and copying, and will take depositions in conjunction with discovery in this litigation.

2. These documents and depositions could include sensitive, confidential and/or proprietary information and records including employee Social Security numbers, employee contact information, and PHL business records, PHL system printouts, product development manuals, product and development instructional use manual. (hereinafter "Confidential Material").

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Case No. CV 12-03750 LHK

STIP. & PROTECTIVE ORDER RE CONF. DOCS PRODUCED IN DISC.

3. Plaintiff could suffer harm to its business and competitive advantage if its proprietary valuation methods, standards, criteria, policies, product development manuals, instructions, information and other confidential business information were disclosed to its competitors. Prejudice or harm could come to employees and former employees of Defendant if their personal and contact information is disclosed to third parties, and their rights of privacy under the California and federal constitutions could be jeopardized. A protective order is necessary to protect the interests of Plaintiff and Defendant against dissemination of confidential and proprietary information.

4. Copies of Confidential Material, including portions of depositions and deposition transcripts and exhibits, will be marked "Confidential" on the document, or on the record at the deposition.

5. Confidential documents and/or depositions, and deposition transcripts and exhibits, all copies thereof, and any summaries, charts or notes made therefrom, and any facts or information contained therein or derived therefrom, shall be disclosed only to the Court and/or to: (a) the Parties; (b) counsel for the Parties hereto and their agents, employees, paralegals, or other secretarial and clerical employees or agents; (c) experts or consultant retained by one or more of the parties to this action or their counsel, to assist in preparation of this action for trial; (d) deponents and their counsel; (e) stenographic reporters and videographers who are involved in depositions, the trial or any hearings or proceedings before the Court in this action; and (f) witnesses at the trial of this action.

6. No person authorized hereunder to view copies of Confidential Material, or to makes notes therefrom, may disclose any portion of the subject matter or contents of either to any person not authorized hereunder. Experts, consultants and witnesses shown Confidential Material must sign the attached acknowledgement agreeing to be bound by this Order.

7. The Confidential Material, copies of any portion of the Confidential Material, and all notes arising from examination of said Confidential Material, as well as discussions of the contents therein, shall be used only in connection with the instant case, and shall not be used in connection with any other lawsuit or for any other purpose whatsoever, unless such Confidential

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.   Case No. CV 12-03750 LHK

STIP. & PROTECTIVE ORDER RE CONF. DOCS PRODUCED IN DISC.

1  Material is independently discoverable in another proceeding. Within 180 days following the
2  conclusion of this action, including appeals, if any, the Parties and their counsel, upon written
3  request of the other Party, shall destroy or return all Confidential Materials and provide notice to the
4  other Party's attorneys of record.

5    8.   This Protective Order is without prejudice to reconsideration by the Court as
6  discovery continues.

7    9.   The Parties may request that Confidential Material be filed under seal.
8  However, any such request shall be subject to approval by the Court, for "compelling reasons," upon
9  noticed motion, pursuant to Civil Local Rule 79-5, under the standards set forth in *Kamakana v.*
10 *Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

11   10.  Any Party may move the Court for relief from, or modification of, this order
12 at any time, and each Party reserves the right to contend in any such motion that documents
13 produced by the other Party and information contained therein are not confidential. This stipulation
14 does not constitute an admission as to the admissibility of any Confidential Material at trial.

15   11.  In the event any third parties serve a subpoena or document request in other
16 litigation to a Party holding Confidential Material in this case, the Party subject to the subpoena or
17 document request shall promptly notify the other Party that produced the Confidential Material to
18 allow that Party to file objections or otherwise attempt to prevent disclosure of the Confidential
19 Material to the third party, and will not produce the Confidential Material to the third party until
20 legally required to do so.

21   12.  The Parties agree to act in good faith in designating Confidential Material and
22 agree not to use this Stipulation for any purpose other than as stated herein. The Parties agree to
23 make a good faith determination that any information designated as "Confidential" truly warrants
24 protection under Rule 26(c) of the Federal Rules of Civil Procedures. Designations of material as
25 "Confidential" must be narrowly tailored to include only materials for which there is good cause.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

3.     Case No. CV 12-03750 LHK

STIP. & PROTECTIVE ORDER RE CONF. DOCS PRODUCED IN DISC.

1  Dated: November 20th, 2012

2

3

4  _____
   ELIOTT R. GOOD
5  CHORPENING, GOOD & PANDORA CO.,
   LPA
6  Attorneys for Plaintiff
   PHL VARIABLE INSURANCE COMPANY

7  Dated: November 20, 2012

8

9

10 _____
   NANCY L. OBER
11 LITTLER MENDELSON
   A Professional Corporation
12 Attorneys for Defendant
   MARQUEZ BROTHERS INTERNATIONAL,
   INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

4.

Case No. CV 12-03750 LHK

STIP. & PROTECTIVE ORDER RE CONF. DOCS PRODUCED IN DISC.

## ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND

I, _____ have read the
(Print Name and Address)

Protective Order in its entirety and agree to comply with all its terms.

Date:_____

Name:_____

Signature:_____

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. & PROTECTIVE ORDER RE CONF. DOCS PRODUCED IN DISC.    Case No. CV 12-03750 LHK

1
2                          [PROPOSED] ORDER
3
     For good cause appearing, IT IS SO ORDERED.
4
5   Dated:  November 26, 2012                *Lucy H. Koh*
                                         UNITED STATES DISTRICT JUDGE
6
7   Firmwide:115983957.1 051198.1006
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. & PROTECTIVE ORDER RE CONF. DOCS PRODUCED IN DISC.        Case No. CV 12-03750 LHK

## PROOF OF SERVICE BY MAIL

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On November 20, 2012, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

STIPULATION AND [PROPOSED] PROTECTIVE ORDER CONCERNING CONFIDENTIAL DOCUMENTS PRODUCED IN DISCOVERY

in a sealed envelope, postage fully paid, addressed as follows:

Elliott R Good
Chorpenning Good & Pandora, LPA
605 South Front Street
Suite 210
Columbus, OH 43215

*Attorneys for Plaintiff*
PHL VARIABLE INSURANCE COMPANY

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 20, 2012, at San Francisco, California.

*/s/ Barbra K. Linsenbigler*
Barbra K. Linsenbigler

Firmwide:115242180.1 051198.1006

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE                                                          Case No. CV 12-03750 LHK