UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY, | Case No. 12-cv-03750-BLF |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| MARQUEZ BROTHERS INTERNATIONAL, INC, | |
| Defendant. | |

On 05/13/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | 04/18/2014 |
| Expert Discovery Cut-Off | 05/30/2014 |
| Last Day to Hear Dispositive Motions | 07/24/2014 at 9:00 am |
| Final Pretrial Conference | 09/04/2014 at 2:30 pm |
| Trial | 09/15/2014 at 9:00 am |

1     IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3     IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

Dated:  May 14, 2014

_____
BETH LABSON FREEMAN
United States District Judge