# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARQUEZ BROTHERS INTERNATIONAL, INC.,<br><br>　　　　Defendant. | Case No.  12-cv-03750-BLF<br><br>**ORDER TO SHOW CAUSE** |

　　The final pretrial conference in this case is scheduled for September 4, 2014 and the bench trial is scheduled to commence on September 15, 2014.  Under this Court's Standing Order Re Final Pretrial Conference – Bench Trial, the parties' Joint Pretrial Statement and Order was due on August 21, 2014.  To date, the parties have not submitted this required filing.

　　The parties are HEREBY ORDERED TO SHOW CAUSE, in writing and before close of business on September 3, 2014, why they should not be sanctioned for failure to comply with the Court's order.

Dated: August 28, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge